AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

SEAN S. SLATER

CASE NUMBER: MJ# 04-810-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ⎯⎯⎯⎯⎯⎯⎯⎯⎯ SEAN S. SLATER ⎯⎯⎯⎯⎯⎯⎯

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

maliciously damage and destroy and attempt to damage and destroy, by means of fire or an explosive, the building located at 178 Main Street in North Reading, Massachusetts,

in violation of Title _____18_____ United States Code, Section(s) _844(i)_

| | |
|---|---|
| Marianne B. Bowler | Chief U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Marianne B. Bowler, USMJ | April 7, 2004 @ Boston @ 2PM |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | WARRANT EXECUTED BY ARRESTING OFFICER BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/9/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.