UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 04-cr-10127-NG |
| | ) |
| MICHAEL A. McCORMACK and | ) Violations: |
| SEAN S. SLATER | ) 18 USC 371; 844(1); 924(c); |
| | )    1952(a)(3); and 2 |
| | ) 26 USC 5861 |

### INDICTMENT

THE UNITED STATES GRAND JURY in and for the District of Massachusetts charges that:

### COUNT ONE
(Conspiracy to commit arson, use and possess a destructive device during and in relation to a crime of violence, and travel in interstate commerce to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity.)

On or about and before November 13, 2003, in the District of Massachusetts and elsewhere, the defendants

MICHAEL A. McCORMACK and
SEAN S. SLATER

and others known and unknown to the grand jury, did conspire, confederate, and agree to: (1) maliciously damage and destroy and attempt to damage and destroy by means of fire and an explosive a building used in interstate commerce and engaged in an activity affecting interstate commerce in violation of Title 18, United States Code, Section 844(i); (2) possess and use a destructive device during and in relation to a crime of violence in violation of Title 18, United States Code, Section 924(c); and (3) travel in interstate commerce to promote, manage, establish, carry on,

and facilitate the promotion, management, establishment, and carrying on of unlawful activity in violation of Title 18, United States Code, Section 1952(a)(3) in that the defendants agreed to damage and attempt to damage the building located at 178 Main Street in North Reading, Massachusetts which housed two business establishments by igniting a container of gasoline with a rag affixed and caused the defendant SLATER to travel from New York to Massachusetts to accomplish the goals of the conspiracy.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the defendants MICHAEL A. McCORMACK, SEAN S. SLATER and their co-conspirators committed and caused to be committed, in the District of Massachusetts and elsewhere, the following overt acts, among others:

  a. On or before November 13, 2003, the defendant SLATER traveled from New York to Massachusetts.

  b. On or about November 13, 2003, the defendants SLATER and McCORMACK traveled to the vicinity of 178 Main Street in North Reading, Massachusetts.

  c. On or about November 13, 2003, the defendant SLATER ignited a container of gasoline at the entry to Romeo's Pizza located at 178 Main Street in North Reading, Massachusetts.

  d. On or about November 22, 2003, the defendant

McCormack met with other members of the conspiracy at 75 Green Street in Clinton, Massachusetts.

In violation of Title 18, United States Code, Section 371.

COUNT TWO
(Arson)

On or about November 13, 2003, in the District of Massachusetts, the defendants,

MICHAEL A. McCORMACK and
SEAN S. SLATER

each aiding and abetting the other, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, a building used in interstate commerce and engaged in an activity affecting interstate commerce in that the defendants did damage and attempt to damage the building located at 178 Main Street in North Reading, Massachusetts which housed two business establishments by igniting a container of gasoline with a rag affixed.

In violation of Title 18, United States Code, Section 844(i) and 2.

4

COUNT THREE
(Use and possession of a destructive device during and in relation to a crime of violence.)

On or about November 13, 2003, in the District of Massachusetts, the defendants,

MICHAEL A. McCORMACK and
SEAN S. SLATER

each aiding and abetting the other, did use and carry a destructive device during and in relation to a crime of violence and did possess a destructive device in furtherance of such crime in that the defendants did use, carry and possess a container of gasoline with a rag affixed during and in relation to and in furtherance of their attempt to damage and destroy, by means of fire and an explosive, a building used in interstate commerce and engaged in an activity affecting interstate commerce located at 178 Main Street in North Reading, Massachusetts which housed two business establishments.

In violation of Title 18, United States Code, Section 924(c) and 2.

COUNT FOUR
(Make a firearm and destructive device not registered in the National Firearms Registration and Transfer Record.)

On or about and before November 13, 2003, in the District of Massachusetts, the defendants,

>    MICHAEL A. McCORMACK and
>    SEAN S. SLATER

each aiding and abetting the other, did make a firearm and a destructive device namely, a container of gasoline with a rag affixed, which was not registered to either of them in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(f) and 2.

<u>COUNT FIVE</u>
(Interstate travel in aid of racketeering enterprises.)

On or about and before November 13, 2003, in the District of Massachusetts and elsewhere, the defendants,

MICHAEL A. McCORMACK and
SEAN S. SLATER

each aiding and abetting the other, did unlawfully, willfully, and knowingly cause the defendant SLATER to travel in interstate commerce from New York to Massachusetts, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, namely, arson in violation of Title 18, United States Code, Section 844(i), and did thereafter perform and attempt to perform acts to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of said unlawful activity in that the defendant SLATER traveled from New York to Massachusetts to maliciously damage and destroy and attempt to damage and destroy, by means of fire and an explosive, a building used in interstate commerce and engaged in an activity affecting interstate commerce located at 178 Main Street in North Reading, Massachusetts which housed two business establishments.

In violation of Title 18, United States Code, Section 1952(a)(3) and 2.

7

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; April 21, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

4/21/04  11:22 a.m.