```
                UNITED STATES DISTRICT COURT            FILED
                  DISTRICT OF MASSACHUSETTS       IN CLERKS OFFICE
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2004 JUN 17  A 10: 17 |
|  | ) |  |
| v. | ) | U.S. DISTRICT COURT |
|  | ) | DISTRICT OF MASS. |
|  | ) | Crim. No. 04-10127-NG |
| MICHAEL A. McCORMACK and | ) |  |
| SEAN S. SLATER | ) |  |
|  | ) |  |

### ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to the hearing held in this matter on June 15, 2004, the parties assent to the entry of an Order excluding the following periods of time from the timing requirements of Title 18, United States Code, Section 3161:

1. 28 days pursuant to Local Rule 112.2; and

2. the period of time from the hearing on June 15, 2004 until the final status conference currently scheduled for August 5, 2004, *i.e.*, 52 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) to allow defendant Slater to file a discovery letter and a potential discovery motion, and for the parties to prepare for the final status conference.

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:     /s/ Fred M. Wyshak, Jr.
                                Fred M. Wyshak, Jr.
                                Assistant U.S. Attorney
                                U. S. Attorney's Office
                                John Joseph Moakley
                                United States Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748-3201
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

A. John Pappalardo, Esq.

Charles P. McGinty, Esq.

This 17th day of June, 2004.

_____
Fred M. Wyshak, Jr.
Assistant U.S. Attorney