UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Crim. No. 04-10127-NG
SEAN S. SLATER )
)

## ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to the hearing held in this matter on August 5, 2004, the parties assent to the entry of an Order excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

1. the period of time from the hearing on August 5, 2004 until the final status conference currently scheduled for September 21, 2004, *i.e.*, 48 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) to allow defendant Slater and his counsel to confer said conference not having occurred due to defendant Slater's illness and recent hospitalization, and for the parties to prepare for the final status conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3201

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Charles P. McGinty, Esq.

This 5th day of August, 2004.

_____
Fred M. Wyshak, Jr.
Assistant U.S. Attorney