UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-cr-10127-NG |
| | ) |
| SEAN SLATER | ) |
| | ) |

### DEFENDANT"S MOTION TO IMPOUND

Defendant Sean Slater, by his counsel, respectfully moves to impound the attached document.

SEAN SLATER
By his attorney,

*/s/ Charles P. McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Fred Wyshak by delivery on January 13, 2005.

*/s/ Charles P. McGinty*
Charles P. McGinty

-3-