UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
         v.              )
                         )    Crim. No. 04-10127-NG
SEAN S. SLATER           )
                         )

## GOVERNMENT'S FINAL STATUS REPORT

The government has been unable to agree with the defendant that a joint memorandum should be filed pursuant to the dictates of L.R. 116.5(C). Therefore, the government takes the following positions:

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not currently anticipate providing additional discovery as a result of future receipt of information, documents, or reports of examination or tests.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested alibi notice of the defendant.

5. The defendant does intend to file substantive pre-trial motions.

6. The Court should set a schedule for the filing of substantive pre-trial motions by the defendant.

7. The defendant Slater intends to proceed to trial.

8. The time necessary for the defendant Slater to file

substantive pre-trial motions should be excluded.

9. The trial of this matter will last approximately two weeks.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRED M. WYSHAK, JR.
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Charles P. McGinty, Esq.

This 13th day of January, 2005.

_____
FRED M. WYSHAK, JR.
Assistant U.S. Attorney

2