UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Crim. No. 04-10127-NG
SEAN S. SLATER )
)

## ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to the hearing held in this matter on March 14, 2005, the parties assent to the entry of an Order excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

1. the period of time from the hearing on March 14, 2005 until the next status conference currently scheduled for May 16, 2005, i.e., 63 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) due to the current hospitalization of the defendant and concomitant inability of the defendant and his counsel to confer; and

2. the period of time from the hearing on January 13, 2005 to the hearing on March 14, 2005, i.e., 59 days pursuant to the order of the Court entered on January 13, 2005 said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) also

due to the hospitalization of the defendant and concomitant inability of the defendant and his counsel to confer.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Charles P. McGinty, Esq.

This 15th day of March 2005.

/s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney