UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10127-NG |
| | ) | |
| SEAN SLATER | ) | |

## MOTION TO FILE UNDER SEAL

Defendant moves to file the attached submission under seal.

SEAN SLATER
By his attorney,

*/s/ Charles P. McGinty*

Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Fred Wyshak by delivery on March 14, 2005.

*/s/ Charles P. McGinty*

Charles P. McGinty