UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 5/4/05 @ 4:26p.m.
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10127-NG |
| ) | |
| SEAN SLATER ) | |

### MOTION TO FILE UNDER SEAL

Defendant moves to file the attached submission under seal.

SEAN SLATER
By his attorney,

*/s/ Charles P. McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Fred Wyshak by delivery on May 4, 2005.

*/s/ Charles P. McGinty*
Charles P. McGinty