## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Criminal No. 04-10127-NG

UNITED STATES OF AMERICA

v.

SEAN S. SLATER

### *FINAL STATUS REPORT*

May 16, 2005

**BOWLER, U.S.M.J.**

      The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

      1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to commit arson, arson, the use and possession of a destructive device during and in relation to a crime of violence and making a firearm and a destructive device not registered in the National Firearms Registration and Transfer Record, was returned on April 21, 2004;

      2. The defendant was arraigned on the Indictment on April 27, 2004;

      3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government will call approximately ten to 12 witnesses and that the trial will last approximately one week;

5. Defense counsel has indicated that case is ready for resolution and requests that it is returned to the district judge;

6. As of the date of this Final Status Report, time has been excluded through May 16, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge