UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )
) Crim. No. 04-10127-NG
)
SEAN S. SLATER )
)

GOVERNMENT'S MOTION FOR AN INITIAL PRE-TRIAL CONFERENCE

The United States of America hereby moves for an initial pre-trial conference pursuant to the dictates of Local Rule 117.1(A). In support of this motion, the United States notes that Magistrate Judge Bowler issued the Final Status Report in this matter on May 16, 2005 and excluded time from the operation of the Speedy Trial Act through that date. Since that time, approximately 21 days have elapsed.

WHEREFORE, the United States requests that an initial pre-trial conference be scheduled in order to preserve the defendant's guarantee to a speedy trial and to address the matters set forth in L.R. 117.1(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRED M. WYSHAK, JR.
MICHAEL L. TABAK
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by regular U.S. mail:

Charles P. McGinty, Esq.

This 6th day of June, 2005.

_____
FRED M. WYSHAK, JR.
Assistant U.S. Attorney