UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Crim. No. 04-10127-NG
SEAN S. SLATER )
)

ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to the hearing held in this matter on June 28, 2005, the parties assent to the entry of an Order excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

The period of time from the hearing on June 28, 2005 until the status conference currently scheduled for September 15, 2005, i.e., 80 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) to allow defendant Slater and his counsel to provide documentation to the Court and the government substantiating defendant's medical condition and to allow defendant's expert to review said documentation so that defendant and his counsel may determine what, if any, motion based upon defendant's medical condition should be made by defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Fred M. Wyshak, Jr.
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Charles P. McGinty, Esq.

This 6th day of July, 2005.

_____
Fred M. Wyshak, Jr.
Assistant U.S. Attorney