```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
       v.                   )
                            )    Crim. No. 04-10127-NG
SEAN S. SLATER              )
                            )

<u>ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY</u>

Pursuant to the hearing held in this matter on September 15, 2005, the parties assent to the entry of an Order excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

The period of time from the hearing on September 15, 2005 until the status conference currently scheduled for January 5, 2005, <u>i.e.</u>, 112 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) due to the defendant's continuing poor health and current hospitalization and his concomitant inability to stand trial.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                          By: <u>'s/s Fred W. Wyshak Jr.'</u>
                                  Fred M. Wyshak, Jr.
                                  Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an

envelope bearing sufficient postage for delivery:

    Charles P. McGinty, Esq.

This 20th day of September, 2005.

                                              <u>/s/ Fred M. Wyshak Jr.</u>
                                              Fred M. Wyshak, Jr.
                                              Assistant U.S. Attorney