UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>SEAN S. SLATER )<br>) | Crim. No. 04-10127-NG |

### ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to the hearing held in this matter on February 15, 2006, the parties assent to the entry of an Order excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

The period of time from the hearing on February 15, 2006 until the status conference currently scheduled for April 25, 2006, i.e., 69 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) due to defendant's inability to stand trial in light of defendant's continuing poor health and current hospitalization.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.
     Fred M. Wyshak, Jr.
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    This is to certify that I have this 21st day of February 2006 served a copy of the foregoing upon the counsel of record by electronic filing notice.

                                        /s/ Fred M. Wyshak, Jr.
                                        FRED M. WYSHAK, JR.
                                        Assistant U.S. Attorney