```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )   Crim. No. 04-10127-NG
SEAN S. SLATER              )
                            )
```

ASSENTED TO MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to the hearing held in this matter on April 25, 2006, the parties assent to the entry of an Order excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

The period of time from the hearing on April 25, 2006 until the trial currently scheduled for September 25, 2006, i.e., 153 days said exclusion being in the interest of justice under 18 USC 3161(h)(8)(A) due to defendant's inability to stand trial in light of defendant's continuing poor health and current hospitalization.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                      By:   /s/ Fred M. Wyshak, Jr.
                            Fred M. Wyshak, Jr.
                            Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Fred M. Wyshak, Jr.
FRED M. WYSHAK, JR.
Assistant United States Attorney

Date: May 1, 2006