```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN S. SLATER ) | CR. NO. 04-10127-NG |
| ) | |

**GOVERNMENT'S SUBMISSION OF EXCLUDABLE DELAY ORDER**

In accord with the Court's order at yesterday's status conference, the government hereby respectfully submits a proposed excludable delay order which is attached hereto as Exhibit A.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: September 21, 2006        By:*/s/ Brian T. Kelly*
                                  Fred M. Wyshak, Jr.
                                  Brian T. Kelly
                                  Assistant U.S. Attorneys


CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                          September 21, 2006

I, BRIAN T. KELLY, Assistant U.S. Attorney, do hereby certify that I have caused a copy of the foregoing to be served electronically to defense counsel of record in this case.

*/s/ Brian T. Kelly*
BRIAN T. KELLY
Assistant U.S. Attorney