UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN S. SLATER | ) CR. NO. 04-10127-NG |
| | ) |

**ORDER OF EXCLUDABLE DELAY**

In accordance with 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, and with the assent of all parties, this Court hereby ORDERS that the following time period be excluded from the calculation of the time within which the trial of this matter must commence:

a. The time period from September 19, 2006 through January 22, 2007, which is the additional time period needed by the parties to adequately prepare this case for trial and, therefore, the ends of justice are best served by this exclusion of time. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

_____  JF deputy clerk
HONORABLE NANCY GERTNER
U.S. DISTRICT COURT JUDGE

Dated: