```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )
                            )   Crim. No. 04-10127-NG
SEAN SLATER                 )
                            )
```

ASSENTED TO MOTION FOR A CONTINUANCE

The United States of America, by and through the undersigned attorneys, hereby moves for a continuance of the pre-trial conference scheduled for January 10, 2007, to January 22, 2007, the date set for the trial of this matter.

In support of its motion, the government states that the government has provided a proposed plea agreement to defendant consistent with terms agreeable to the defendant. Counsel for defendant needs additional time to consult with defendant before the agreement is finalized. Due to defendant's current medical condition and hospitalization outside the district, defense counsel requires additional time to travel to consult with defendant. The defendant assents to a continuance of the pre-trial conference for the reasons set forth above.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Fred M. Wyshak, Jr.
                         FRED M. WYSHAK, JR.
                         Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                      */s/ Fred M. Wyshak, Jr.*
                                      FRED M. WYSHAK, JR.
                                      Assistant U.S. Attorney