UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )     CRIMINAL NO. 04-10127-NG
                                )
SEAN SLATER                     )

### ASSENTED-TO MOTION FOR PRE-PLEA PRESENTENCE REPORT

Defendant Sean Slater respectfully reports to the Court about the status of the case and moves for an order that the United States Probation Department commence preparation of a pre-plea presentence report.  As grounds for this motion, defendant states that the parties have exchanged a plea agreement which will resolve the case, and expect it to be signed (with allowance for delays in securing defendant's signature since he is convalescing in a New York rehabilitation facility) within a week.  Accordingly, the parties ask that the Court cancel the status conference set for Monday, January 22, 2007, and schedule this case for a combined Rule 11 and sentencing proceeding approximately ninety days hence, with an order to the United States Probation Office to commence preparation of a presentence report forthwith.

The United States, by Assistant United States Attorney Fred M. Wyshak, Jr., assented to this motion.

SEAN SLATER
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2007.

/s/ Charles P. McGinty

Charles P. McGinty