1

```
 1                  UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5     UNITED STATES          )    CR. NO. 04-10127-NG
 6     VS.                    )    COURTROOM NO. 2
 7     SEAN SLATER,           )    1 COURTHOUSE WAY
 8         DEFENDANT               BOSTON, MA  02210
 9
10
11                       FINDINGS OF FACT
12                        MAY 15, 2006
13                         2:32 P.M.
14
15
16
17
18         BEFORE THE HONORABLE NANCY GERTNER
19         UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24                    VALERIE A. O'HARA
25                 OFFICIAL COURT REPORTER
```

```
 1   A P P E A R A N C E S:

 2        United States Attorney's Office, by FRED M. WYSHAK, JR.
     ASSISTANT DISTRICT ATTORNEY, 1 Courthouse Way, Suite 9200,
 3   Boston, MA  02210, for the United States;

 4
          Federal Defender's Office, by CHARLES P. McGINTY, ESQ.,
 5   408 Atlantic Avenue, Boston, Massachusetts  02210, for the
     Defendant.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    THE COURT: I'll make a recommendation that you be
2 designated to Fort Devens, and that will be a strong
3 recommendation. In the event they don't comply, that at the
4 very least a medical facility closest to your family's
5 residence is an alternative. Upon release from imprisonment
6 you're to be placed on supervised release for two years.
7    When you get out, you're to report to the
8 probation office in the district to which you've been
9 released. While you're on supervised release, you're not to
10 commit another federal, state or local crime. You're to
11 submit to a drug test within 15 days of your release and two
12 periodic drug tests thereafter not to exceed 104 tests. I
13 do not order the collection of a DNA sample until that issue
14 is resolved by the Court of Appeals.
15    You're prohibited from possessing a firearm or
16 other dangerous weapon. You are to participate in a
17 substance abuse treatment program when you get out as
18 directed by probation. You may be required to contribute to
19 the cost of that program. You're to comply with the
20 standard conditions, and, in addition, you're to participate
21 in a mental health treatment program as directed by
22 probation to which you may have to contribute as well.
23 Special assessment of $400, which is due immediately. No
24 fine. No restitution. You have a right to appeal, and your
25 lawyer will let you know what that consists of.


- - - -